By the Court.
 

 It was held by this court in the case of
 
 Bising
 
 v.
 
 City of Cincinnati,
 
 126 Ohio St., 218, 184 N. E., 837, in the third paragraph of the syllabus, that:
 

 
 *85
 

 “In
 
 this instance, a city ordinance adopted a periodical, styled the ‘City Bulletin,’ as ‘an official newspaper’ of the city. The publications contained in the Bulletin were confined solely to the proceedings of the city and its municipal officers; it contained neither news of other public bodies nor notices of general current events, either local or foreign. Measured by the definitions given to the word ‘newspaper,’ by lexicographers and by the courts:
 
 Held
 
 — That the City Bulletin was not a newspaper, within the meaning of that term as used in the ordinance and city charter.”
 

 The record in this case presents numerous facts with reference to the nature of the City Bulletin, published by the city of Cincinnati as its official newspaper, which were not presented in the
 
 Bising case.
 
 It appears in the stipulation entered into on behalf of all parties to the controversy that the City Bulletin was entered as second class matter at the post office in Cincinnati upon March 19, 1928, under the Act of March 3,1879, Section 7
 
 et seq.
 
 (Title 39, Section 221,
 
 et seq.,
 
 U. S. Code), and has ever since enjoyed the privileges of second class mail matter. It also appears in such stipulation that the clerk of council publishes the City Bulletin, and it has been published once each week from May 3, 1927, to date. It contains the following:
 

 Annual Appropriation Ordinance
 

 Auction Sales of the City
 

 Advertisement for bids of the City
 

 Police Confiscations
 

 Council Proceedings
 

 City Planning Commission Proceedings, including complete minutes of meetings
 

 City Manager’s Annual Budget
 

 City Manager’s Annual Report
 

 City Manager — Bulletins
 

 City Auditor’s Annual Report
 

 Cases decided by the Zoning Boards of Appeals
 

 
 *86
 
 Civil Service Examinations and full information of requirements therefor
 

 Contracts awarded with names of bidders and amounts thereof
 

 Election Notices — by City Manager
 

 Legal Notices — Public Hearings (Council)
 

 To Improve Sidewalks
 

 To Non-resident Owners
 

 Estimated Assessments
 

 Preparation of Sewer Plans
 

 Sales of Property
 

 Mayor’s Annual Message
 

 Municipal Court Report
 

 Municipal Directory and Telephone Numbers
 

 Mayor’s Proclamations
 

 Notice of Regulations — Street Openings
 

 Ordinances Passed
 

 Public Hearings — Zoning Board of Appeals — Civil Service Rules
 

 Regulations — Board of Health
 

 Resolutions Passed
 

 In addition to lished: the above the Bulletin has also pub-
 

 May 3, 1927 Welfare Department request for clothing
 

 Thanks to Recreation Commission
 

 May 10, 1927 Memorial Day Parade Planned
 

 May 24, 1927 Traffic Markings Designated
 

 Warning to Builders
 

 City Manager explains Traffic Ordinance
 

 In re Typhoid Fever
 

 June 7, 1927 Value of Building Permit, illustrative chart
 

 Tribute to Charles P. Taft
 

 Donation of Dirt
 

 June 14, 1927 A poem on Carelessness
 

 
 *87
 
 Aug. 2, 1927 Workhouse Opening
 

 Aug. 23, 1927 Recreation Commission Activities
 

 Aug. 30, 1927 University Evening Courses
 

 Sept. 6, 1927 Changes in Civil Service Commission
 

 Columbus Day Hike
 

 Oct. 4, 1927 Good Times for Girls
 

 Jan. 10, 1928 City Manager’s New Year’s Remarks
 

 Jan. 17, 1928 Phenol Condition in Water
 

 Apr. 3, 1928 Employes plan Banquet
 

 May 8, 1928 Mayor and City Officials to attend Municipal Dance
 

 May 29, 1928 Memorial Day Parade Planned
 

 June 6, 1928 Speech of William von Hoene on “Municipal Government”
 

 Oct. 16, 1928 Talk by Fred K. Hoehler re Welfare Department
 

 Oct. 23, 1928 Grover C. Smith talk on “Safety”
 

 Oct. 30, 1928 “Why a City Treasurer?”
 

 Nov. 6,1928 Supervisors’Club Proposed
 

 Nov. 13, 1928 Cincinnati Municipal Court Explained
 

 Public Health and Public Business
 

 Nov. 20, 1928 Municipal Housekeeping
 

 Nov. 27, 1928 The General Hospital
 

 Dec. 4, 1928 History of the Cincinnati Police Force
 

 Dec. 11, 1928 The Recreation Commission Explained
 

 Dec. 18, 1928 Municipal Airport
 

 Dec.' 25, 1928 Notes on Street Paving River Front Abstract
 

 Jan. 1, 1929 “Our FireDepartment’’
 

 Jan. 8, 1929 Announcement — Junior Executive Group Dinner
 

 City Plan of Cincinnati
 

 Jan. 15, 1929 Public Welfare
 

 
 *88
 
 Jan. 22, 1929 ‘‘Civil Service — What is it?” City Manager Address
 

 Jan. 29, 1929 Municipal Accounting
 

 Feb. 5, 1929 Rapid Transit and the Central Parkway
 

 Feb. 12, 1929 Municipal Junior Executive Association Dinner
 

 City and Railroad Terminal
 

 Feb. 19, 1929 City Council — A dissertation
 

 Feb. 26, 1929 City Finances
 

 March 5, 1929 The Department of Buildings — re Public Welfare
 

 March 19, 1929 Information Service for City Governments
 

 March 26, 1929 The Sewer System of Cincinnati
 

 April 2, 1929 Municipal Employes Dance; Public Prosecutor Talk
 

 April 9, 1929 An Address on Zoning
 

 April 16, 1929 Park Recreation — A Talk
 

 May 7, 1929 Park Development
 

 May 14, 1929 Personnel Administration
 

 May 28, 1929 Street Repair and Maintenance; City Employes Honored
 

 Aug. 20, 1929 Memorial to Sir Richard Crane
 

 Jan. 1, 1930 Inaugural Address of Mayor Wilson
 

 April 4, 1930 Picture Cut of Elsinore Tower
 

 Supplement to Code — Notice of Sale
 

 Oct. 9, 1930 Information of General Interest re
 

 University Evening Courses
 

 Aug. 30, 1932 University Evening Courses Outlined
 

 Analysis of 47 Cities’ Tax Rates for 1932 Expenses
 

 June 28, 1932 Request from New York Library for City Bulletin
 

 March 28, 1933 Conservatory in Eden Park Officially Opened
 

 Distribution of Building Code
 

 
 *89
 
 It therefore now appears to the court 'that the periodical in question contains news and happenings of local and general interest, social, political, moral, business, professional and educational, intended for the information of the general reading public of Cincinnati. None of these facts were presented in the
 
 Bising case, supra.
 

 The third paragraph of the syllabus in the case of
 
 Bising
 
 v.
 
 City of Cincinnati,
 
 126 Ohio St., 218, 184 N. E., 837, is hereby overruled.
 

 Since the defense of the city auditor is bottomed upon the decision in the third paragraph of the syllabus in the
 
 Bising case,
 
 the writ will be allowed.
 

 Writ allowed.
 

 Day, Allen, Stephenson, Jones and Matthias, JJ.? concur.
 

 Bevis, J., not participating.